SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

CARLTON WILSON

                           Plaintiff,                              <u>CIVIL JUDGMENT</u>

  -against-                                                      07 Civ. 11541 (KMW)

WILLIAM C. THOMPSON JR. COMPTROLLER,

                           Defendant.
———————————————————X

By Order dated December 26, 2007, plaintiff, appearing *pro se*, was directed to file an amended complaint with this Court within sixty (60) days to detail his allegations regarding a beating at Rikers Island. Since plaintiff has failed to file an amended complaint as specified it is,

ORDERED, ADJUDGED AND DECREED: That the complaint is dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

SO ORDERED

*/s/ Kimba M. Wood*

KIMBA M. WOOD
Chief Judge

Dated: APR 2 2008
      New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.